# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 7, 2013

## NO. 03-12-00164-CV

**Wilks Ranch Texas Ltd.; Frac Tech Services, LLC; and the City of Cisco, Texas, Appellants**

**v.**

**The Public Utility Commission of Texas; Barry T. Smitherman, Chairman; Donna L. Nelson, Commissioner; Kenneth W. Anderson, Jr., Commissioner; and Lone Star Transmission, LLC, Appellees**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE GOODWIN**

**THIS DAY** came on to be submitted to this Court appellants' motion to dismiss the appeal in the above cause, and the Court having fully considered said motion, and being of the opinion that same should be granted: **IT IS THEREFORE** considered, adjudged and ordered that said motion is granted, and that the appeal is dismissed. It is **FURTHER** ordered that each party shall bear their own costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.